# EXHIBIT A

Exhibit A, is showing Environmental Hazards at Pendleton Correctional Facility

– 5 Pages –

**Case No.** _____

- Arts & Culture



In this season of giving & joy, support the news you trust & the programs that inspire you.

In this season of giving & joy, support the news you trust & the programs that inspire you.

Close

December 3, 2021

# Incarcerated man dies after Legionnaires' disease outbreak at Pendleton Correctional Facility

playmute
00:00

Lauren Bavis







The Indiana Department of Correction declared a Legionnaires' disease outbreak at the Correctional Facility Wednesday.

*Google Maps*

A man incarcerated at Pendleton Correctional Facility in Madison County died Friday morning. He was confirmed to have Legionnaires' disease and had been hospitalized, according to information shared by the Indiana Department of Correction.

IDOC declared a Legionnaires' disease outbreak Wednesday. Five men incarcerated at the prison had been hospitalized for treatment. Three men tested positive and two others received a negative test result, but those two men are not being listed as negative for Legionnaires' disease because they have similar symptoms and were possibly exposed to the bacteria.

The sickened men all live in two units of the maximum-security facility, which is located about 25 miles northeast of Indianapolis.

"The Indiana Department of Correction, in partnership with the Indiana Department of Health and assisted by the Centers for Disease Control, are working diligently to find the source of the contamination within Pendleton Correctional Facility," IDOC spokeswoman Annie Goeller said in a news release.

MORE: On Season 2 of Sick, listen to stories of what goes wrong in corrections facilities — places meant to keep people healthy, but built to punish them.

Legionnaires' disease is a serious lung infection caused by Legionella bacteria, which spread through water droplets or mist that are inhaled. In general, people do not spread the bacteria, according to the U.S. Centers for Disease Control and Prevention.

Prison officials said testing is ongoing to determine the source of the bacteria and could take several days. As a precaution, officials said Wednesday the facility's hot water has been turned off, but toilets and drinking water are not affected.

"Multiple steps have been taken, as advised by health officials, to protect staff and the incarcerated population from further exposure," Goeller said in the news release.

Lauren Bavis is an investigative reporter for Side Effects Public Media and WFYI in Indianapolis. She is also the co-host of the podcast Sick. She can be reached at lbavis@wfyi.org.

Tags: Pendleton Correctional Facility Legionnaires' disease Indiana Department of Corrections

Support independent journalism today. You rely on WFYI to stay informed, and we depend on you to make our work possible. Donate to power our nonprofit reporting today. Give now.

## Related News



Public Affairs / December 7, 2021

## What laws say about religious exemptions and how Indiana lawmakers could change them



A complicated mix of federal rules and newly proposed state laws leave many companies wondering how to keep workers safe while honoring religious rights.
Read More

# Indiana inmate dies amid prison Legionnaires disease cases

December 3, 2021

PENDLETON, Ind. (AP) — A central Indiana prison inmate has died after being among those confirmed ill with Legionnaire's disease amid an outbreak of the bacterial lung infection at the facility, state prison officials said.

The inmate from the Pendleton Correctional Facility died Friday morning at a hospital, the Indiana Department of Correction said.

The agency had announced Wednesday that three inmates had confirmed cases of the illness and two others had probable cases. All five inmates had been taken to hospitals for treatment and prison system and health officials were working to determine the source of the outbreak at the facility about 25 miles (40 kilometers) northeast of Indianapolis.

The prison's hot water has been turned off during the investigation into the source of the illness, but the prison's toilets and drinking water are not affected, officials said. The Legionella bacteria is spread through inhaled water droplets, such as mist or steam, and not person-to-person contact.

ADVERTISEMENT

ADVERTISEMENT

Trending on AP News

Joe Root keeps England lineup under wraps for 1st Ash

Scientist behind UK vaccine says next pandemic may b

# Pendleton state prison reports Legionnaires' disease outbreak

Sarah Nelson  Indianapolis Star

A state prison has reported an outbreak of Legionnaires' disease among those held in the Pendleton facility, the Indiana Department of Correction announced Wednesday.

Three cases of the disease have been confirmed among those incarcerated at Pendleton Correction Facility, along with two probable cases. All five people live in two units of the prison.

Officials with the state prison system and state health department are determining the outbreak's source. The bacterial lung infection is spread by aerosolized water droplets, such as mist or steam, not person-to-person contact. Prison officials said toilets and drinking water are not affected because the bacteria is spread through inhaled water droplets.

**Related:** What is Legionnaires' disease

The facility's hot water has been turned off as a result.

"Protecting the incarcerated population and staff at the facility is the top priority," a news release about the outbreak stated.

The five people have been taken to hospitals for treatment. The news release stated testing is underway.

Contact Sarah Nelson at sarah.nelson@indystar.com or 317-503-7514.